645 A.2d 134

MARIE C. INCOLLINGO, ET AL. AND JOHN M. GAVEN, ET AL. v. JOHN B. CANUSO AND FOX AND LAZO, INC., ET AL.

June 8, 1994.

## ORDER

Leave to appeal is granted.

645 A.2d 134

MARIE C. INCOLLINGO, ET AL. AND JOHN M. GAVEN, ET AL. v. JOHN B. CANUSO, ET AL. AND FOX AND LAZO, INC.

June 8, 1994.

## ORDER

Leave to appeal is granted.

645 A.2d 134

FOSTER WHEELER PASSAIC, INC. v. COUNTY OF PASSAIC, PAS-SAIC COUNTY UTILITIES AUTHORITY, AND NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION AND ENERGY.

June 10, 1994.

## ORDER

The Court having determined that the petitions for certification were improvidently granted;